T.C. Memo. 2006-266


UNITED STATES TAX COURT


CURR-SPEC PARTNERS, LP, CURR-SPEC MANAGERS, LLC,
TAX MATTERS PARTNER, Petitioner <u>v</u>.
COMMISSIONER OF INTERNAL REVENUE, Respondent


Docket No. 1350-05.                    Filed December 14, 2006.


This opinion was withdrawn by order dated
January 3, 2007.